# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
- ---------------------------------------------------------- x
LEAH WALKER, on behalf of herself and        :    Case no. 1:25-cv-1882
all others similarly situated,               :
                                             :
                                             :
            Plaintiffs,                       :
                                             :    NOTICE OF VOLUNTARY
       v.                                     :    DISMISSAL WITH
                                                  PREJUDICE
                                             :
Tozo, Inc.,                                   :
                                             :
            Defendant.                        :
                                             :
                                             :
                                             :
                                             :
                                             :
- ---------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: July 3, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law